**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Emilio Barron-Antelo, | ) | No. CV05-1992-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, | ) | |
| Defendant. | ) | |

      Plaintiff, Emilio Barron-Antelo, filed his Civil Rights Complaint on July 5, 2005. On February 27, 2006, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by March 20, 2006. On March 6, 2006, Plaintiff's copy of the February 27, 2006 order was returned by the Post Office with the notation "Released."

      On May 5, 2006, the Magistrate Judge filed her Report and Recommendation recommending that this case be dismissed without prejudice for Plaintiff's failure to comply with Fed. R. Civ. P. 41(b).

      In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has since expired and no objections to the Report and Recommendation have been filed. The Court notes that on May 15, 2006 Plaintiff's copy of the Report and Recommendation was

1 also returned by the Post Office with the notation "Released." Plaintiff has not filed a change
2 of address with the Court.
3    The Court finds itself in agreement with the Report and Recommendation of the
4 Magistrate Judge.
5    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
6 as the order of this Court.
7    IT IS FURTHER ORDERED dismissing this case without prejudice for failure to
8 prosecute.
9    IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

DATED this 27th day of June, 2006.

_____
Susan R. Bolton
United States District Judge